| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| KENNETH A. FREEDMAN, ESQ. (SBN 61174)<br>4165 E. THOUSAND OAKS BLVD., SUITE 101<br>WESTLAKE VILLAGE, CA 91362<br>805-777-3822<br><br>☐ Individual appearing without counsel<br>☒ Attorney for: WELLS FARGO BANK | FILED<br>MAY 13 2010<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:_____ Deputy Clerk |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:ADWOA NYAMEKYE<br><br><br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NO.: **2:10-bk-27592-RN**<br><br>DATE: 6/8/10<br>TIME: 9:00 am<br>CTRM: 1645<br>FLOOR: |

## NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR FOR ORDER CONFIRMING THAT THE AUTOMATIC STAY DOES NOT APPLY UNDER 11 U.S.C. § 362(l) (with supporting declarations)

**(MOVANT:** Wells Fargo Bank NA Successor by Merger with Wachovia Mortgage FSB
**(Unlawful Detainer)** (formerly World Savings Bank FSB)

1.  NOTICE IS HEREBY GIVEN to the Debtor(s), Debtor's(s') attorney, and other interested parties ("Responding Party") that on the above date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order granting relief from the automatic stay or for an order confirming that the automatic stay does not apply as to Debtor(s) and Debtor's(s') bankruptcy estate on the grounds set forth in the attached Motion.

    ☐  NOTICE IS ALSO GIVEN to the Trustee as an additional Responding Party, because the Motion relates to a nonresidential property.

2.  **Hearing Location:**  ☒ **255 East Temple Street, Los Angeles**   ☐ **411 West Fourth Street, Santa Ana**
    ☐ **21041 Burbank Boulevard, Woodland Hills**   ☐ **1415 State Street, Santa Barbara**
    ☐ **3420 Twelfth Street, Riverside**

3.  a.  ☐  This Motion is being heard on REGULAR NOTICE pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response to this Motion with the Bankruptcy Court and serve a copy of it upon the Movant's attorney (or upon Movant, if the Motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and appear at the hearing of the Motion.

    b.  ☒  This Motion is being heard on SHORTENED TIME. If you wish to oppose this Motion, you must appear at the hearing. Any written response or evidence must be filed and served:

    ☐ at the hearing   ☒ at least   2   court days before the hearing. (with a courtesy copy delivered to Judge's Chambers)

    (1)  ☒  A Motion for Order Shortening Time was not required (according to the calendaring procedures of the assigned judge).

    (2)  ☐  A Motion for Order Shortening Time was filed per Local Bankruptcy Rule 9075-1(b) and was granted by the Court and such motion and order have been or are being served upon the debtor and trustee, if any.

    (3)  ☐  A Motion for Order Shortening Time has been filed and remains pending. Once the Court has ruled on that Motion, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached Motion and the deadline for filing and serving a written opposition to the Motion.

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                     **F 4001-1M.UD**

Motion for Relief from Stay (Unlawful Detainer) - *Page 2 of* 10          **F 4001-1M.UD**

| In re<br>ADWOA NYAMEKYE | (SHORT TITLE) | CHAPTER: 7 |
| | Debtor(s). | CASE NO.: 2:10-bk-27592-RN |

4.   You may contact the Bankruptcy Clerk's Office to obtain a copy of an approved court form for use in preparing your response *(Optional Court Form F 4001-1M.RES)*, or you may prepare your response using the format required by Local Bankruptcy Rule 1002-1.

5.   If you fail to file a written response to the Motion or fail to appear at the hearing, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Dated  5/11/10

LAW OFFICES OF KENNETH A. FREEDMAN
*Print Law Firm Name (if applicable)*

KENNETH A. FREEDMAN
*Print Name of Individual Movant or Attorney for Movant*

*Signature of Individual Movant or Attorney for Movant*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                     **F 4001-1M.UD**

| | | |
|---|---|---|
| Motion for Relief from Stay (Unlawful Detainer) - *Page 3 of 10* | | **F 4001-1M.UD** |
| In re<br>ADWOA NYAMEKYE          (SHORT TITLE)<br><br>                                                  Debtor(s). | CHAPTER: 7 | |
| | CASE NO.: 2:10-bk-27592-RN | |

# MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR FOR ORDER CONFIRMING THAT THE AUTOMATIC STAY DOES NOT APPLY
## (Unlawful Detainer)

**(MOVANT:** Wells Fargo Bank NA Successor by Merger with Wachovia Mortgage FSB
(formerly World Savings Bank FSB)

1. **The Property at Issue:** Movant moves for relief from the automatic stay to obtain possession of the residential or nonresidential premises at the following address (the "Property"):

    *Street Address:* 1114 S. Gramercy Pl.
    *Apartment/Suite No.:*
    *City, State, Zip Code:* Los Angeles, CA 90019

    **The Property is:**  [X] Residential      [ ] Nonresidential

2. **Case History:**

    a.  [ ] A voluntary  [X] An involuntary   petition under Chapter  [X] 7  [ ] 11  [ ] 12  [ ] 13
        was filed on *(specify date):* 5/4/10

    b.  [ ] An Order of Conversion to Chapter   [ ] 7  [ ] 11  [ ] 12  [ ] 13
        was entered on *(specify date):*

    c.  [ ] Plan was confirmed on *(specify date):*

    d.  [X] Other bankruptcy cases of the Debtor were pending within the year ending on the petition date. See attached Declaration.

    e.  [X] Other bankruptcy cases affecting this Property have been pending within the two years ending on the petition date. See attached Declaration.

3. **Grounds for Relief from Stay:** *(Check all that apply)*

    a.  [X] Pursuant to 11 U.S.C. § 362(d)(1), cause exists because, as of petition date, Debtor(s) had no right to continued occupancy of the premises, as follows:

    (1)  [X] An unlawful detainer judgment in favor of Movant was entered prepetition.

        A.  [ ] The debtor has not filed with the petition and served on the Movant the certification required under 11 U.S.C. § 362(l)(1).

        B.  [ ] The debtor or adult dependent of debtor has not deposited with the Clerk any rent that would become due during the 30-day period after the filing of the petition.

        C.  [ ] The debtor or adult dependent of debtor has not filed and served on the Movant the further certification required under 11 U.S.C. § 362(l)(2) that the entire monetary default that gave rise to the judgment has been cured.

        D.  [ ] The Movant has filed and served an objection to the certification referenced in (a)(1)(A) and/or (a)(1)(C) above. A copy of the objection is attached hereto as Exhibit _____. A hearing on this objection is set for: _____.

    (2)  [X] An unlawful detainer proceeding was commenced prepetition.

    (3)  [X] Movant acquired title to the premises by foreclosure sale prepetition and recorded the deed within the period provided by state law for perfection.

    (4)  [ ] Movant acquired title to the premises by foreclosure sale postpetition and recorded the deed within the period provided by state law for perfection.

    (5)  [ ] The lease or other right of occupancy expired by its terms prepetition.

    (6)  [ ] The lease has been rejected or deemed rejected by operation of law.

    (7)  [ ] Lease payments have not been made since the filing of the petition.

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                    **F 4001-1M.UD**

Motion for Relief from Stay (Unlawful Detainer) - *Page 4 of* 10 ___     **F 4001-1M.UD**

| In re<br>ADWOA NYAMEKYE | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| | Debtor(s). | CASE NO.: **2:10-bk-27592-RN** |

(8) ☐ An eviction action has been filed to obtain possession of the subject residential property on grounds of endangerment of the property or because of illegal use of controlled substances on the property and Movant has filed and served upon Debtor a certification that ☐ such an action was filed or ☐ that within the 30 days preceding the certification Debtor has endangered the subject property or illegally allowed the use of controlled substances on the property. A copy of Movant's certification is attached as Exhibit _____. Debtor ☐ has ☐ has not filed an objection to Movant's certification. A copy of Debtor's objection, if any, is attached as Exhibit _____. A hearing on this objection is set for: _____.

b. ☒ Pursuant to 11 U.S.C. § 362(d)(2)(A), Debtor(s) has/have no equity in the Property; and pursuant to § 362(d)(2)(B), the Property is not necessary to an effective reorganization.

c. ☒ The bankruptcy case was filed in bad faith to delay, hinder or defraud Movant.

   (1) ☒ Movant is the only creditor or one of very few creditors listed on the master mailing matrix.

   (2) ☒ Other bankruptcy cases have been filed asserting an interest in the same property.

   (3) ☒ The Debtor(s) filed what is commonly referred to as a "face sheet" filing of only a few pages consisting of the Petition and a few other documents. No Schedules or Statement of Affairs (or Chapter 13 Plan, if appropriate) has been filed.

4. **Evidence in Support of Motion:** *(Important Note: Declaration(s) in support of the Motion MUST be attached hereto.)*

   ☒ Movant submits the attached Unlawful Detainer Declaration to provide evidence in support of this Motion pursuant to Local Bankruptcy Rules.

   ☐ Other Declaration(s) are also attached in support of this Motion.

**WHEREFORE, Movant prays that this Court issue an Order granting the following** *(specify forms of relief requested)*:

1. ☒ Termination of the stay to allow Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to obtain possession of the Property.

2. ☐ Annulment of the stay so that the filing of the bankruptcy petition does not affect postpetition acts, as set forth in the attached Declaration(s).

3. ☒ An order confirming that the automatic stay does not apply.

4. ☐ Alternatively, if immediate relief from stay is not granted with respect to the Property because the Property is the subject of a lease that may be assumable:

   a. Establishment of a deadline for assumption or rejection of the lease.

   b. Adequate protection in the form of regular payments at the lease rate from petition date until assumption or rejection of the lease.

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Motion for Relief from Stay (Unlawful Detainer) - *Page 5 of 10*     **F 4001-1M.UD**

| In re<br>ADWOA NYAMEKYE | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| | Debtor(s). | CASE NO.: 2:10-bk-27592-RN |

5.   Additional provisions requested:

a.   ☒   That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

b.   ☐   Termination or modification of the Co-debtor Stay of 11 U.S.C. § 1201 or § 1301 as to the above-named co-debtor, on the same terms and conditions.

c.   ☒   That the 14-day stay prescribed by Bankruptcy Rule 4001(a)(3) be waived.

d.   ☐   That Extraordinary Relief be granted as set forth in the Attachment *(attach Optional Court Form F 4001-1M.ER).*

e.   ☒   For other relief requested: **That no further relief from stay motions shall be required by movant regarding any future bankruptcy filings affecting the subject real property.**

Dated:   5/11/10                                      Respectfully submitted,

Wells Fargo Bank NA Successor by Merger with Wachovia Mortgage
*Movant Name*  FSB (formerly World Savings Bank FSB)


KENNETH A. FREEDMAN, A PLC
*Firm Name of Attorney for Movant (if applicable)*


By: _____
*Signature*


Name:  KENNETH A. FREEDMAN
*Typed Name of Individual Movant or Attorney for Movant*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                 **F 4001-1M.UD**

**F 4001-1M.UD**

| In re<br>ADWOA NYAMEKYE | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| | Debtor(s). | CASE NO.:  2:10-bk-27592-RN |

## UNLAWFUL DETAINER DECLARATION
**(MOVANT:** Wells Fargo Bank NA Successor by Merger to with Wachovia Mortgage
FSB (formerly World Savings BAnk FSB)

I, NICK ARNETT _____, declare as follows:
*(Print Name of Declarant)*

1.  I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto. I am over 18 years of age. I have knowledge regarding Movant's interest in the residential or nonresidential real property that is the subject of this Motion ("Property") because:

    ☐  I am the Movant and owner of the Property.

    ☐  I manage the Property as the authorized agent for the Movant.

    ☒  I am employed by Movant as *(state title and capacity)*: REO Sales Manager

    ☐  Other *(specify)*:

2.  I am one of the custodians of the books, records and files of Movant as to those books, records and files that pertain to the rental of this Property. I have personally worked on books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Movant on behalf of Movant, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Movant's business at or near the time of the acts, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of Movant by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event. The business records are available for inspection and copies can be submitted to the Court if required.

3.  The address of the Property that is the subject of this Motion is:

    *Street Address:* 1114 S. Gramercy Pl.
    *Apartment/Suite No.:*
    *City, State, Zip Code:* Los Angeles, CA 90019

4.  Movant is the legal owner of the Property, or the owner's legally authorized agent. A true and correct copy of the Trustee's Deed upon Sale, lease, rental agreement, or other document evidencing Movant's interest in the Property is attached as Exhibit A_____. A true and correct copy of any applicable document establishing Movant's authority as agent for the owner is attached as Exhibit _____.

5.  The Property is:  ☒  residential property   ☐  nonresidential property
    a.  Debtor(s) occupies the Property

    ☐  on a month-to-month tenancy                              ☐  pursuant to a lease that is in default

    ☒  after a foreclosure sale on:  11/25/09 _____     ☐  other *(specify)*:

    b.  ☐  Debtor(s) has/have failed to pay the monthly rent of $_____ since the following date *(specify date)*:

    c.  ☐  In addition, Debtor(s) has/have failed to pay other obligations under the lease, including the following *(See attached continuation page for itemization)*:

    (1)  ☐  Common area maintenance charges

    (2)  ☐  Property taxes

    (3)  ☐  For additional obligations, see attached continuation page.

*(Continued on next page)*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                  **F 4001-1M.UD**

| In re<br>ADWOA NYAMEKYE | *(SHORT TITLE)* | CHAPTER: 7 |
|---|---|---|
| | Debtor(s). | CASE NO.: **2:10-bk-27592-RN** |

6. Debtor's(s') bankruptcy petition in this case was filed on *(specify date)*:

7. Procedural status *(indicate all that apply, and provide dates for completed steps)*:

   a.  ☒  Movant caused a Notice to Quit to be served upon the Debtor(s) on *(specify date)*: 12/16/09
       A true and correct copy of which is attached hereto as Exhibit __B__

   b.  ☒  Before the filing of the petition, Movant had commenced an unlawful detainer proceeding in state court and completed the following:

     (1) ☒  Movant filed a Complaint for Unlawful Detainer against the Debtor(s) on *(specify date)*: 1/21/10, a true and correct copy of which is attached as Exhibit __C__.

     (2) ☒  Trial was held on *(specify date)*: 3/8/10

     (3) ☒  An Unlawful Detainer Judgment against the Debtor(s) was entered on the Complaint for Unlawful Detainer on *(specify date)*: 3/8/10 , a true and correct copy of which is attached as Exhibit __D__.

     (4) ☒  A Writ of Possession for the Property was issued by the state court on *(specify date)*: 4/16/10 a true and correct copy of which is attached as Exhibit __E__.

     (5) ☐  The Debtor has not filed with the petition and served on the Movant the certification required under 11 U.S.C. § 362(l)(1).

     (6) ☐  The Debtor or adult dependent of Debtor has not deposited with the Clerk any rent that would become due during the 30-day period after the filing of the petition.

     (7) ☐  The debtor or adult dependent of debtor has not filed and served on the Movant the further certification required under 11 U.S.C. § 362(l)(2) that the entire monetary default that gave rise to the judgment has been cured.

     (8) ☐  Movant has filed and served an objection to Debtor's certification referenced in paragraph (5) and/or (7) above, a copy of which is attached hereto as Exhibit _____. A hearing on this objection is set for: _____.

     (9) ☐  An eviction action has been filed to obtain possession of the Property on grounds of endangerment of the Property or because of illegal use of controlled substances on the Property and Movant has filed a certification that ☐ such action was filed or ☐ that Debtor has endangered the subject property within 30 days preceding the certification or allowed the illegal use of controlled substances on the Property. A copy of Movant's certification is attached hereto as Exhibit _____. Debtor ☐ has ☐ has not filed an objection to Movant's certification. A copy of Debtor's objection, if filed, is attached hereto as Exhibit _____. A hearing on this objection is set for: _____.

   c.  ☐  The lease was rejected on _____ *(date)*.

     (1) ☐  by operation of law.

     (2) ☐  by Order of the Court.

   d.  ☐  The regular lease payments have not been made since the filing of the petition.

8. ☒  Debtor(s) has/have no equity in the Property because Debtor(s) does/do not have a lease interest that could be assumed or assigned under 11 U.S.C. § 365.

9. ☐  The Property is not necessary to an effective reorganization because *(specify)*:

   a.  ☐  The Property is residential and is not producing income for the Debtor(s).

   b.  ☐  The Property is commercial, but no reorganization is reasonably in prospect.

   c.  ☒  Other *(specify)*:

       Debtor has no ownership interest in the property as a result of a foreclosure on 11/25/09. Debtor filed a Chap. 7 Bankruptcy on 12/21/09, #2:10-bk-46121-VK. Motion for Relief from Stay Granted on 1/14/10. UD Trial proceeded and Judgment for Possession granted on 3/8/10. The lock out was scheduled for 5/6/10, but the instant bankruptcy was filed only 2 days prior.
*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                    **F 4001-1M.UD**

Motion for Relief from Stay (Unlawful Detainer) - *Page 8 of* 10    **F 4001-1M.UD**

| In re ADWOA NYAMEKYE | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| | Debtor(s). | CASE NO.: 2:10-bk-27592-RN |

10. ☒ The bankruptcy case was filed in bad faith to delay, hinder or defraud Movant.

    a. ☒ Movant is the only creditor or one of very few creditors listed on the master mailing matrix.

    b. ☒ Other bankruptcy cases have been filed asserting an interest in the same property.

    c. ☒ The Debtor(s) filed what is commonly referred to as a "face sheet" filing of only a few pages consisting of the Petition and a few other documents. No Schedules or Statement of Affairs (or Chapter 13 Plan, if appropriate) has been filed.

    d. ☐ Other *(specify)*:

11. ☒ Other bankruptcy cases that have prevented Movant from recovering possession of this Property include the following:

    a. Case Name: **In Re Adwoa Nyamekye (erroneously filed as Adowa Nyamekye)**
        Case Number: **2:10-bk-4612**Chapter: **7**
        Date Filed: **12/21/09**    Date Dismissed: **Discharged 4/29/10**
        Relief from stay re this Property    ☒ was    ☐ was not  granted.

    b. Case Name:
        Case Number:    Chapter:
        Date Filed:    Date Dismissed:
        Relief from stay re this Property    ☐ was    ☐ was not  granted.

    c. ☐ See attached continuation page for more information about other cases.

12. ☐ Movant seeks annulment of the automatic stay so that the filing of the bankruptcy petition does not affect any and all of the actions set forth in paragraph 7 that were taken after the filing of the bankruptcy petition in this case.

    a. ☐ These actions were taken by Movant without knowledge of the bankruptcy filing, and Movant would have been entitled to relief from stay to proceed with these actions.

    b. ☐ Although Movant knew about the bankruptcy filing, Movant had previously obtained relief from stay to proceed with these enforcement actions in prior bankruptcy cases affecting this Property as set forth in paragraph 11 above.

    c. ☐ For other facts justifying annulment, see attached continuation page.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on**  5/11/10  **at** Santa Ana, CA _____ *(city, state).*

NICK ARNETT _____    (signature on attached fax)
*Print Declarant's Name*    *Signature of Declarant*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*    **F 4001-1M.UD**

Motion for Relief from Stay (Unlawful Detainer) - *Page 8 of 10*    **F 4001-1M.UD**

| In re<br>ADWOA NYAMEKYE          (SHORT TITLE) | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NO.: 2:10-bk-27592-RN |

10. ☒ The bankruptcy case was filed in bad faith to delay, hinder or defraud Movant.

   a. ☐ Movant is the only creditor or one of very few creditors listed on the master mailing matrix.

   b. ☐ Other bankruptcy cases have been filed asserting an interest in the same property.

   c. ☒ The Debtor(s) filed what is commonly referred to as a "face sheet" filing of only a few pages consisting of the Petition and a few other documents. No Schedules or Statement of Affairs (or Chapter 13 Plan, if appropriate) has been filed.

   d. ☐ Other (*specify*):

11. ☐ Other bankruptcy cases that have prevented Movant from recovering possession of this Property include the following:

   a. Case Name:
      Case Number:                                      Chapter:
      Date Filed:                                          Date Dismissed:
      Relief from stay re this Property     ☐ was    ☐ was not  granted.

   b. Case Name:
      Case Number:                                      Chapter:
      Date Filed:                                          Date Dismissed:
      Relief from stay re this Property     ☐ was    ☐ was not  granted.

   c. ☐ See attached continuation page for more information about other cases.

12. ☐ Movant seeks annulment of the automatic stay so that the filing of the bankruptcy petition does not affect any and all of the actions set forth in paragraph 7 that were taken after the filing of the bankruptcy petition in this case.

   a. ☐ These actions were taken by Movant without knowledge of the bankruptcy filing, and Movant would have been entitled to relief from stay to proceed with these actions.

   b. ☐ Although Movant knew about the bankruptcy filing, Movant had previously obtained relief from stay to proceed with these enforcement actions in prior bankruptcy cases affecting this Property as set forth in paragraph 11 above.

   c. ☐ For other facts justifying annulment, see attached continuation page.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on**  5/11/10  **at** Santo Ana, CA _____ *(city, state).*

NICK ARNETT
*Print Declarant's Name*

*Signature of Declarant*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                            **F 4001-1M.UD**

RECORDER MEMO: This COPY has not been QUALITY ASSURED.



**This page is part of your document - DO NOT DISCARD**





## 20091835898

Pages:
0003

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**12/04/09 AT 08:00AM**

| | |
|---|---|
| FEES: | 12.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 12.00 |



**L E A D S H E E T**



200912040130007

00001589259



002427333

**SEQ:**
**18**

DAR - Title Company (Hard Copy)



**THIS FORM IS NOT TO BE DUPLICATED**

t35

EXHIBIT A

RECORDER MEMO: This COPY has not been QUALITY ASSURED.

2

RECORDING REQUESTED BY:
**Executive Trustee Services, LLC dba ETS Services, LLC**

AND WHEN RECORDED MAIL TO:
**WACHOVIA MORTGAGE, FSB
1270 NORTHLAND DRIVE  SUITE 200
MENDOTA HEIGHTS, MN 55120**


12/04/2009

*20091835898*

**Forward Tax Statements to
the address given above**

---

TS # WC-202979-C
LOAN # 0045166311          INVESTOR #:
TITLE ORDER # 090404194-CA-GSI

SPACE ABOVE LINE FOR RECORDER'S USE

## TRUSTEE'S DEED UPON SALE

APN 5081-029-010          TRANSFER TAX: $00.00
"THIS TRANSACTION IS EXEMPT FROM THE REQUIREMENTS OF THE REVENUE AND TAXATION CODE, SECTION 480.3"
The Grantee Herein Was The Foreclosing Beneficiary.
The Amount Of The Unpaid Debt was $1,005,096.05
The Amount Paid By The Grantee Was  $477,981.00
Said Property Is In The City Of  LOS ANGELES, County of Los Angeles

**Executive Trustee Services, LLC dba ETS Services, LLC,** as Trustee, (whereas so designated in the Deed of Trust
hereunder
more particularly described or as duly appointed Trustee) does hereby **GRANT** and **CONVEY** to

**Wells Fargo Bank, N.A. successor by merger to Wells Fargo Bank Southwest, formerly known
as Wachovia Mortgage, FSB**

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed
to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of **Los Angeles,**
State of California, described as follows:

LOT 88 OF TRACT NO. 1600, IN THE CITY OF LOS ANGELES, COUNTY OF LOS
ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 20, PAGES 102 AND 103 OF MAPS, IN THE OFFICE OF THE COUNTY
RECORDER OF SAID COUNTY.

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by  **ADWOA
NYAMEKYE, AN UNMARRIED WOMAN** as Trustor, dated 2/1/2007  of the Official Records in the office of the Recorder
of **Los Angeles,** California under the authority and powers vested in the Trustee designated in the Deed of Trust or as the
duly appointed Trustee, default having occurred under the Deed of Trust pursuant to the Notice of Default and Election to
Sell under the Deed of Trust recorded on  2/7/2007 , instrument number  20070267482 (or Book , Page )
of Official records. Trustee having complied with all applicable statutory requirements of the State of California and
performed all duties required by the Deed of Trust including sending a Notice of Default and Election to Sell within ten days
after its recording and a Notice of Sale at least twenty days prior to the Sale Date by certified mail, postage pre-paid to
each person entitled to notice in compliance with California Civil Code 2924b.

**[Page 1 of 2]**

"This instrument is being recorded as an
ACCOMMODATION ONLY, with no
Representation as to its effect upon title"



RECORDER MEMO: This COPY has not been QUALITY ASSURED.

# TRUSTEE'S DEED UPON SALE

Trustee's Deed
T.S.# WC-202979-C
Loan # 0045166311
Title Order # 090404194-CA-GSI

All requirements per California Statutes regarding the mailing, personal delivery and publication of copies
of Notice of Default and Election to Sell under Deed of Trust and Notice of Trustee's Sale, and the posting
of copies of Notice of Trustee's Sale have been complied with.  Trustee, in compliance with said Notice of
Trustee's sale and in exercise of its powers under said Deed of Trust sold said real property at public auction
on **11/25/2009**.  Grantee, being the highest bidder at said sale became the purchaser of said property
for the amount bid, being  **$477,981.00**, in lawful money of the United States, in pro per, receipt there
of is hereby acknowledged in full/partial satisfaction of the debt secured by said Deed of Trust.

In witness thereof, **Executive Trustee Services, LLC dba ETS Services, LLC**, as Trustee, has this day, caused its name
to be hereunto affixed by its officer thereunto duly authorized by its corporation by-laws

Date: **11/25/2009**

**LLC**

**Executive Trustee Services, LLC dba ETS Services,**

By:_____

**Max A. Garcia, Limited Signing Officer**

State of California        } S.S.
County of Los Angeles   }
On **12/2/2009**  before me, **Eliza Michelle Meza**  Notary Public, personally appeared **Max A. Garcia** who proved to me on
the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and
acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their
signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the
instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature_____ (Seal)
**Eliza Michelle Meza**

ELIZA MICHELLE MEZA
Commission # 1671427
Notary Public - California
Los Angeles County
My Comm. Expires Jun 12, 2010

[Page 2 of 2]

RECORDER MEMO: This COPY has not been QUALITY ASSURED.

## NOTICE FOR POSSESSION
### (Pursuant to CCP section 1161(a)(3))

TO:     Adwoa Nyamekye
        Any Other Occupants

and all persons in possession of the premises located at:

        1114 S. Gramercy Pl.
        Los Angeles, CA 90019

NOTICE IS HEREBY GIVEN THAT:

(1)  If you are the Trustor of the Deed of Trust described below and/or you are residing with the Trustor of the Deed of Trust on the premises herein, within Three (3) days after service on you of this Notice, you are required to quit, vacate, and deliver up to the undersigned the possession of the premises now held and occupied by you, or the undersigned will institute legal proceeding against you to recover possession of said premises and for rents or damages as provided by law.

(2)  If you are a Tenant under a valid written agreement residing with the Trustor of the Deed of Trust described below on the premises herein, within Thirty (30) days after service on you of this Notice, you are required to quit, vacate, and deliver up to the undersigned the possession of the premises now held and occupied by you, or the undersigned will institute legal proceeding against you to recover possession of said premises and for rents or damages as provided by law.

(3)  If you are a Bona-fide Tenant, as defined in Public Law 111-22, and the Trustor of the Deed of Trust does not reside on the premises herein, within Ninety (90) days after service on you of this Notice, you are required to quit, vacate, and deliver up to the undersigned the possession of the premises now held and occupied by you, or the undersigned will institute legal proceeding against you to recover possession of said premises and for rents or damages as provided by law.

(4)  If you are not a Bona-fide Tenant, as defined in Public Law 111-22, and the Trustor of the Deed of Trust does not reside on the premises herein, within Sixty (60) days after service on you of this Notice, you are required to quit, vacate, and deliver up to the undersigned the possession of the premises now held and occupied by you, or the undersigned will institute legal proceeding against you to recover possession of said premises and for rents or damages as provided by law.

You are required to quit and deliver up possession of said premises for the reason that the premises has been duly sold to the undersigned in accordance with Section 2924 of the *Civil Code* of the State of California on November 25, 2009, under the power of sale contained in a Deed of Trust executed by the Trustor or his/her predecessors in interest and recorded on February 7, 2007, recorded in the Official Records of Los Angeles County, State of California, and the title under sale has been duly perfected.

This Notice to you is given pursuant to the provisions of Section 1161(3) of the *Code of Civil Procedure* of the State of California.

Dated: December 16, 2009 at Westlake Village, California.

_____
KENNETH A.FREEDMAN
AGENT (for Wells Fargo Bank NA,
Sucessor by Merger with Wachovia Mortgage FSB
(formerly World Savings Bank FSB))
(805)777-3822

**EXHIBIT** 

1
  LAW OFFICES OF
  KENNETH A. FREEDMAN
2
  A PROFESSIONAL LAW CORPORATION
  Kenneth A. Freedman (State Bar #61174)
3
  4165 East Thousand Oaks Boulevard
       Suite 101
4
  WESTLAKE VILLAGE, CALIFORNIA 91362
  Telephone (805) 777-3822- Fax (805) 777-3827
5
     Email: kaflaw@gmail.com

6  Attorney for Plaintiff,
   WELLS FARGO BANK NA
7

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

JAN 21 2010

John A. Clarke, Executive Officer/Clerk
By _____, Deputy
VICTOR SINO-CRUZ

8           SUPERIOR COURT OF THE STATE OF CALIFORNIA

9             COUNTY OF LOS ANGELES - LIMITED CIVIL

10

11  WELLS FARGO BANK NA, Successor    )   CASE NO.  **10U00860**
    by Merger with Wachovia          )
12  Mortgage FSB (formerly World      )   COMPLAINT - UNLAWFUL DETAINER
    Savings Bank FSB),                )
13                                    )   (Amount demanded does not
                   Plaintiff,        )   exceed $10,000)
14                                    )
    vs.                               )
15                                    )
    ADWOA NYAMEKYE, and DOES 1 to     )
16  10,                               )
                                      )
17                 Defendants.        )
                                      )
18  _____

19
       1.    Plaintiff Wells Fargo Bank NA, Successor by Merger with

20  Wachovia Mortgage FSB (formerly World Savings Bank FSB), alleges

21  causes of action against defendants Adwoa Nyamekye, and Any and

22  All Other Occupants.

23     2.    Plaintiff is a federal savings bank.

24     3.    Defendant named above is in possession of the premises

25  located at 1114 S. Gramercy Pl., Los Angeles, CA 90019.

26     4.    Plaintiff's interest in the premises is as owner.

27     5.    The true names and capacities of defendants sued as

28

F:\DOCUMENTS\WACHOVIA.NYA\COMPLAINT          -1-
COMPLAINT - UNLAWFUL DETAINER

EXHIBIT C

Does are unknown to plaintiff.

6.   a.   On or about 12/20/09, by way of Plaintiff's acquisition of the property through foreclosure, defendants Adwoa Nyamekye, and Any and All Other Occupants became tenants at sufferance.

b.   Plaintiff acquired ownership of the property by foreclosure sale on 11/25/09 and title was perfected on 12/4/09, the date of recording of the Trustee's Deed Upon Sale.   Plaintiff has complied with Section 2924 of the *Civil Code*.   Notice of Default and Notice of Trustee's Sale are attached hereto as Exhibit 1A.

c.   A copy of the Trustee's Deed Upon Sale is attached hereto as Exhibit 1B.

d.   The defendants named in item 6.a., as well as Any and All Other Occupants are tenants in possession.

7.   a.   Defendants Adwoa Nyamekye, and Any and All Other Occupants of the property were served a 3/30/60/90 Day Notice to Quit on 12/16/09.

b.   (1)   On 12/19/09 the period stated in the notice expired at the end of the day.

(2)   Defendants failed to comply with the requirements of the notice by that date.

c.   All facts stated in the notice are true.

d.   A copy of the Notice is attached and labeled Exhibit 2.

8.   a.   The notice in item 7.a. was served on the defendant named in 7.a. as follows:

(1)   By leaving a copy for each of the above named

parties on 12/16/09 at 8:45 p.m. with Lee Howard, a competent

member of the household at the usual place of residence of each

of the above named parties; by posting a copy on the premises in

a conspicuous place on 12/16/09 at 8:45 p.m.; and thereafter

mailing a copy to each of the above named parties by depositing

said copies in the United States Mail on 12/16/09 from Los

Angeles, in a sealed envelope with postage fully prepaid.

     b.   Proof of Service of the notice in item 7.a. is

attached and labeled Exhibit 3.

    9.   The fair rental value of the premises is $ **116.67** per

day.

    10.   Plaintiff requests possession of the premises, costs

incurred in this proceeding, and damages at the rate stated in

item 9 from 12/20/09 for each day that defendants remain in

possession through entry of judgment.

    11.   Plaintiff accepts the jurisdictional limit, if any, of

the court.

DATED:    **January 19, 2010**         KENNETH A. FREEDMAN
                                 A Professional Law Corporation

                          By:   _____
                                 KENNETH A. FREEDMAN
                                 Attorney for Plaintiff,
                                 WELLS FARGO BANK NA,
                                 Successor by Merger with
                                 Wachovia Mortgage FSB
                                 (formerly World Savings Bank
                                 FSB)

1

## VERIFICATION

2  STATE OF CALIFORNIA          )
                               )   ss.
3  COUNTY OF ORANGE             )

4      I, Nick Arnett, declare that I am an Officer of Wells Fargo
Bank NA, Successor by Merger with Wachovia Mortgage FSB (formerly
5  World Savings Bank FSB), a party to this action or proceeding.  I
am authorized to make this verification for and on its behalf,
6  and I make this verification for that reason.

7      I have read the foregoing Complaint – Unlawful Detainer and
know its contents.  The matters stated in the foregoing document
8  are true of my own knowledge except as to those matters which are
stated on information and believe, and as to those matters I
9  believe them to be true.

10     I declare under penalty of perjury under the laws of the
State of California that the foregoing is true and correct.
11
       Executed on  **January 19, 2010**   , at Santa Ana, California.
12

13                              (signature on attached fax)
                               NICK ARNETT
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**VERIFICATION**

2    STATE OF CALIFORNIA        )
                               )  ss.
3    COUNTY OF ORANGE          )

4        I, Nick Arnett, declare that I am an Officer of Wells Fargo
Bank NA, Successor by Merger with Wachovia Mortgage FSB (formerly
5    World Savings Bank FSB), a party to this action or proceeding.  I
am authorized to make this verification for and on its behalf,
6    and I make this verification for that reason.

7        I have read the foregoing Complaint - Unlawful Detainer and
know its contents.   The matters stated in the foregoing document
8    are true of my own knowledge except as to those matters which are
stated on information and believe, and as to those matters I
9    believe them to be true.

10       I declare under penalty of perjury under the laws of the
State of California that the foregoing is true and correct.

11

12       Executed on   January 19, 2010, at Santa Ana, California.

13                                    _____
                                      NICK ARNETT
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**This page is part of your document - DO NOT DISCARD**

# 20090868626



**Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California**

**06/10/09 AT 08:00AM**

Pages:
0003

| | |
|---|---|
| FEES: | 15.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 15.00 |



**LEADSHEET**



200906100120016

00000680006

002148171

**SEQ:
04**

DAR - Title Company (Hard Copy)

**THIS FORM IS NOT TO BE DUPLICATED**

T35

EXHIBIT 1A

**RECORDING REQUESTED BY:**

LSI TITLE COMPANY, INC.

**WHEN RECORDED MAIL TO:**
ETS Services, LLC
2255 North Ontario Street, Suite 400
Burbank, California 91504-3120



05/18/2009

*20090858626*

TS No. : WC-202979-C     Loan No.: 0045166311     <span style="font-size:small">SPACE ABOVE THIS LINE FOR RECORDER'S USE</span>

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

### IMPORTANT NOTICE
## IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS IT MAY BE SOLD WITHOUT ANY COURT ACTION,
and you may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property. No sale date may be set until three months from the date this notice of default may be recorded (which date of recordation appears on this notice).

This amount is **$55,817.11 as of 6/9/2009**, and will increase until your account becomes current. While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition of reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than the three month period stated above) to, among other things. (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor. To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact:
**Wachovia Mortgage, FSB. f.k.a. World Savings Bank**
**C/O ETS Services, LLC**
**2255 North Ontario Street, Suite 400**
**Burbank, California 91504-3120**
**(818) 260-1600 phone**

*3*

TS NO.. WC-202979-C          LOAN NO.: 0045166311

# NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

**If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan.   Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale provided the sale is concluded prior to the conclusion of the foreclosure.**

## Remember, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.

NOTICE IS HEREBY GIVEN: That **Executive Trustee Services, LLC dba ETS Services, LLC** is either the original trustee, the duly appointed substituted trustee, or acting as agent for the trustee or beneficiary under a Deed of Trust dated  **2/1/2007** , executed by **ADWOA NYAMEKYE, AN UNMARRIED WOMAN,** as Trustor, to secure certain obligations in favor of **WORLD SAVINGS BANK, FSB, ITS SUCCESSORS AND/OR ASSIGNEES, A FEDERAL SAVINGS BANK,** as beneficiary, recorded 2/7/2007, as Instrument No. **20070267482,** in Book , Page ,  of Official Records in the Office of the Recorder of  **Los Angeles** County, California describing land therein as:

AS MORE FULLY DESCRIBED IN SAID DEED OF TRUST

including **ONE NOTE FOR THE ORIGINAL** sum of  **$871,500.00** ; that the beneficial interest under such Deed of Trust and the obligations secured thereby are presently held by the undersigned; that a breach of, and default in,  the obligations for which such Deed of Trust is security has occurred in that payment has not been made of:

**Installment of Principal and Interest plus impounds and/or advances which became due on 7/1/2008 plus late charges, and all subsequent installments of principal, interest, balloon payments, plus impounds and/or advances and late charges that become payable.**

        That by reason thereof, the present beneficiary under such deed of trust, has executed and delivered to said duly appointed Trustee, a written Declaration of Default and Demand for same, and has deposited with said duly appointed Trustee, such deed of trust and all documents evidencing obligations secured thereby, and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

**The undersigned declares that the beneficiary or its authorized agent has declared that they have complied with California Civil Code Section 2923.5 by making contact with the borrower or tried with due diligence to contact the borrower as required by California Civil Code Section 2923.5.**

Dated: 6/9/2009

                          ETS Services, LLC, as agent for beneficiary

                          LSI TITLE COMPANY, INC.as limited agent for
                          ETS Services, LLC

          BY: *Gerri Sheppard*

This page is part of your document - **DO NOT DISCARD**

# 20091462936



**Pages:**
**0004**

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**09/25/09 AT 08:00AM**

| | |
|---|---|
| FEES: | 18.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 18.00 |



**L E A D S H E E T**

200909250110013

00001252787

002328298

**SEQ:**
**11**

**DAR - Title Company (Hard Copy)**

**THIS FORM IS NOT TO BE DUPLICATED**

T35

RECORDING REQUESTED BY
ETS Services, LLC

AND WHEN RECORDED MAIL TO
ETS Services, LLC
2255 North Ontario Street, Suite 400
Burbank, California 91504-3120



09/25/2009

*20091462936*

T.S. No WC-202979-C
Loan No. 0045166311
        D90404494

SPACE ABOVE THIS LINE FOR RECORDER'S Use

# NOTICE OF TRUSTEE'S SALE

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 2/1/2007. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

A public auction sale to the highest bidder for cash, cashier's check drawn on a state or national bank, check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, or savings association, or savings bank specified in Section 5102 of the Financial Code and authorized to do business in this state, will be held by the duly appointed trustee. The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to satisfy the obligation secured by said Deed of Trust. The undersigned Trustee disclaims any liability for any incorrectness of the property address or other common designation, if any, shown herein.

TRUSTOR: ADWOA NYAMEKYE, AN UNMARRIED WOMAN
Recorded 2/7/2007 as Instrument No. 20070267482 in Book , page  of
Official Records in the office of the Recorder of **Los Angeles** County, California,
Date of Sale. 10/15/2009 at 10:30 AM
Place of Sale:   At the west side of the Los Angeles County Courthouse,   directly facing
                 Norwalk Blvd., 12720 Norwalk Blvd., Norwalk, California
Property Address is purported to be:   1114 S GRAMERCY PLACE
                                       LOS ANGELES, California 90019

APN #. 5081-029-010

The total amount secured by said instrument as of the time of initial publication of this notice is **$999,155.00,** which includes the total amount of the unpaid balance (including accrued and unpaid interest) and reasonable estimated costs, expenses, and advances at the time of initial publication of this notice.

Pursuant to California Civil Code §2923.54 the undersigned, on behalf of the beneficiary, loan servicer or authorized agent, declares as follows:

[ 1 ] The mortgage loan servicer has obtained from the commissioner a final or temporary order of exemption pursuant to Section 2923 53 that is current and valid on the date the notice of sale is filed;
[ 2 ] The timeframe for giving notice of sale specified in subdivision (a) of Section 2923 52 does not apply pursuant to Section 2923 52 or 2923.55

T.S. No. WC-202979-C
Loan No  0045166311

Date: 9/21/2009

ETS Services, LLC
2255 North Ontario Street, Suite 400
Burbank, California 91504-3120
Sale Line: 714-730-2727

Ileanna Petersen, TRUSTEE SALE OFFICER

4

## CALIFORNIA DECLARATION

This California Declaration is made pursuant to California Civil Code Section 2923.54 and is to be included with the Notice of Sale.

I, JAIMEE GONZALES                , of Wachovia Mortgage, FSB ("Mortgage Loan Servicer"), declare under penalty of perjury, under the laws of the State of California, that the following is true and correct:

The Mortgage Loan Servicer has obtained from the Commissioner of Corporation a final or temporary order of exemption pursuant to California Civil code Section 2923.53 that is current and valid on the date the accompanying Notice of Sale is filed.

AND

The timeframe for giving notice of sale specified in subdivision (a) of Civil Code Section 2923.52 does not apply pursuant to Section 2923.52 or 2923.55.

7/22/09
_____
Date                                                        0

_____       VICE PRESIDENT
Name of Signor                                       Title and/or Position

RECORDER MEMO: This COPY has not been QUALITY ASSURED.

**This page is part of your document - DO NOT DISCARD**



**20091835898**

Pages:
0003

**Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California**

**12/04/09 AT 08:00AM**

| | |
|---|---|
| FEES: | 12.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 12.00 |



**L E A D S H E E T**



200912040130007

00001589269

002427333

**SEQ:
18**

**DAR - Title Company (Hard Copy)**



**THIS FORM IS NOT TO BE DUPLICATED**

135



EXHIBIT 1B

RECORDER MEMO: This COPY has not been QUALITY ASSURED.

2'

RECORDING REQUESTED BY:
**Executive Trustee Services, LLC dba ETS Services, LLC**

AND WHEN RECORDED MAIL TO:
**WACHOVIA MORTGAGE, FSB**
**1270 NORTHLAND DRIVE  SUITE 200**
**MENDOTA HEIGHTS, MN 55120**



Forward Tax Statements to
the address given above

SPACE ABOVE LINE FOR RECORDER'S USE

TS # WC-202979-C
LOAN # 0045166311          INVESTOR #:
TITLE ORDER # 090404194-CA-GSI

# TRUSTEE'S DEED UPON SALE

APN 5081-029-010          TRANSFER TAX: $00.00
"THIS TRANSACTION IS EXEMPT FROM THE REQUIREMENTS OF THE REVENUE AND TAXATION CODE, SECTION 480.3"
The Grantee Herein Was The Foreclosing Beneficiary.
The Amount Of The Unpaid Debt was $1,005,096.05
The Amount Paid By The Grantee Was  $477,981.00
Said Property Is In The City Of LOS ANGELES, County of Los Angeles

Executive Trustee Services, LLC dba ETS Services, LLC, as Trustee, (whereas so designated in the Deed of Trust hereunder
more particularly described or as duly appointed Trustee) does hereby GRANT and CONVEY to

**Wells Fargo Bank, N.A. successor by merger to Wells Fargo Bank Southwest, formerly known
as Wachovia Mortgage, FSB**

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed
to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of Los Angeles,
State of California, described as follows:

LOT 88 OF TRACT NO. 1600, IN THE CITY OF LOS ANGELES, COUNTY OF LOS
ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 20, PAGES 102 AND 103 OF MAPS, IN THE OFFICE OF THE COUNTY
RECORDER OF SAID COUNTY.

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by  ADWOA
NYAMEKYE, AN UNMARRIED WOMAN as Trustor, dated 2/1/2007  of the Official Records in the office of the Recorder
of Los Angeles, California under the authority and powers vested in the Trustee designated in the Deed of Trust or as the
duly appointed Trustee, default having occurred under the Deed of Trust pursuant to the Notice of Default and Election to
Sell under the Deed of Trust recorded on  2/7/2007 , instrument number  20070267482 (or Book , Page )
of Official records. Trustee having complied with all applicable statutory requirements of the State of California and
performed all duties required by the Deed of Trust including sending a Notice of Default and Election to Sell within ten days
after its recording and a Notice of Sale at least twenty days prior to the Sale Date by certified mail, postage pre-paid to
each person entitled to notice in compliance with California Civil Code 2924b.

[Page 1 of 2]

"This instrument is being recorded as an
ACCOMMODATION ONLY, with no
Representation as to its effect upon title"



RECORDER MEMO: This COPY has not been QUALITY ASSURED.

RECORDER MEMO: This COPY has not been QUALITY ASSURED.

# TRUSTEE'S DEED UPON SALE

Trustee's Deed
T.S.# WC-202979-C
Loan # 0045166311
Title Order # 090404194-CA-GSI

All requirements per California Statutes regarding the mailing, personal delivery and publication of copies
of Notice of Default and Election to Sell under Deed of Trust and Notice of Trustee's Sale, and the posting
of copies of Notice of Trustee's Sale have been complied with.  Trustee, in compliance with said Notice of
Trustee's sale and in exercise of its powers under said Deed of Trust sold said real property at public auction
on 11/25/2009.  Grantee, being the highest bidder at said sale became the purchaser of said property
for the amount bid, being  $477,981.00, in lawful money of the United States, in pro per, receipt there
of is hereby acknowledged in full/partial satisfaction of the debt secured by said Deed of Trust.

In witness thereof,  **Executive Trustee Services, LLC dba ETS Services, LLC**, as Trustee, has this day, caused its name
to be hereunto affixed by its officer thereunto duly authorized by its corporation by-laws

Date: 11/25/2009

**LLC**

**Executive Trustee Services, LLC dba ETS Services,**

By:_____
**Max A. Garcia, Limited-Signing Officer**

**State of California        } S.S.**
**County of Los Angeles  }**
On 12/2/2009  before me, **Eliza Michelle Meza**  Notary Public, personally appeared **Max A. Garcia** who proved to me on
the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and
acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their
signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the
instrument.

I certify under penalty of perjury under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature_____  (Seal)
**Eliza Michelle Meza**



ELIZA MICHELLE MEZA
Commission # 1674427
Notary Public - California
Los Angeles County
My Comm. Expires Jun 12, 2010

[Page 2 of 2]

## NOTICE FOR POSSESSION
### (Pursuant to CCP section 1161(a)(3))

TO:    Adwoa Nyamekye
        Any Other Occupants

and all persons in possession of the premises located at:

        1114 S. Gramercy Pl.
        Los Angeles, CA 90019

NOTICE IS HEREBY GIVEN THAT:

(1) If you are the Trustor of the Deed of Trust described below and/or you are residing with the Trustor of the Deed of Trust on the premises herein, within Three (3) days after service on you of this Notice, you are required to quit, vacate, and deliver up to the undersigned the possession of the premises now held and occupied by you, or the undersigned will institute legal proceeding against you to recover possession of said premises and for rents or damages as provided by law.

(2) If you are a Tenant under a valid written agreement residing with the Trustor of the Deed of Trust described below on the premises herein, within Thirty (30) days after service on you of this Notice, you are required to quit, vacate, and deliver up to the undersigned the possession of the premises now held and occupied by you, or the undersigned will institute legal proceeding against you to recover possession of said premises and for rents or damages as provided by law.

(3) If you are a Bona-fide Tenant, as defined in Public Law 111-22, and the Trustor of the Deed of Trust does not reside on the premises herein, within Ninety (90) days after service on you of this Notice, you are required to quit, vacate, and deliver up to the undersigned the possession of the premises now held and occupied by you, or the undersigned will institute legal proceeding against you to recover possession of said premises and for rents or damages as provided by law.

(4) If you are not a Bona-fide Tenant, as defined in Public Law 111-22, and the Trustor of the Deed of Trust does not reside on the premises herein, within Sixty (60) days after service on you of this Notice, you are required to quit, vacate, and deliver up to the undersigned the possession of the premises now held and occupied by you, or the undersigned will institute legal proceeding against you to recover possession of said premises and for rents or damages as provided by law.

You are required to quit and deliver up possession of said premises for the reason that the premises has been duly sold to the undersigned in accordance with Section 2924 of the *Civil Code* of the State of California on November 25, 2009, under the power of sale contained in a Deed of Trust executed by the Trustor or his/her predecessors in interest and recorded on February 7, 2007, recorded in the Official Records of Los Angeles County, State of California, and the title under sale has been duly perfected.

This Notice to you is given pursuant to the provisions of Section 1161(3) of the *Code of Civil Procedure* of the State of California.

Dated: December 16, 2009 at Westlake Village, California.

_____
KENNETH A.FREEDMAN
AGENT (for Wells Fargo Bank NA,
Sucessor by Merger with Wachovia Mortgage FSB
(formerly World Savings Bank FSB))
(805)777-3822

EXHIBIT 2

## PROOF OF SERVICE

I, the undersigned, declare that I served the Notice(s) below indicated:

**Notice for Possession**

The above described Notice(s) were served on the following named parties in the manner set forth below:

NAME:      **Adwoa Nyamekye**
ADDRESS:   **1114 S GRAMERCY Place, LOS ANGELES, CA 90019**

[  ] 1. PERSONAL SERVICE          By delivering a copy of the Notice(s) to each of the above personally:
                                  (1) on:
                                  (2) at:

[ X ] 2. CONSTRUCTIVE SERVICE     After due and diligent effort, by service of said Notice(s) as authorized by
                                  C.C.P. Section 1162 (2,3) on each of the above named parties in the
                                  manner set forth below:

    [ X ] By leaving a copy for each of the above named parties on **12/16/2009 at 8:45 PM with Lee Howard, CO RESIDENT, A black male approx. 55-65 years of age 6'0"-6'2" in height with black hair,** and thereafter mailing a copy to each of the above named parties by depositing said copies in the United States mail on (date): **December 16th, 2009,** from (city): **LOS ANGELES, CA,** in a sealed envelope, with postage fully prepaid, addressed to each of the above named parties at their place of residence or,

    [  ] a declaration of mailing is attached.

At the time of service, I was at least 18 years of age. I declare under penalty of perjury that the foregoing is true and correct.

**Person who served papers**
a. Name:                         **L. Metoyer**
b. Address:                      **261 S. Figueroa Street, SUITE 280, LOS ANGELES, CA 90012**
c. Telephone number:            **213-621-9999**
d. The fee for service was:      **$89.60**
e. I am:
    (1) [  ] not a registered California process server.
    (2) [  ] exempt from registration under Business and Professions Code section 22350(b).
    (3) [ X ] registered California process server:

        (i) [  ] owner   [  ] employee   [ X ] independent contractor
        (ii) [ X ] Registration No.:   **4378**
        (iii) [ X ] County:            **Los Angeles**

[ X ] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
[  ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: **12/17/2009**

           **L. Metoyer**
    (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)               (SIGNATURE)

**BY FAX**

---

**PROOF OF SERVICE**

Page 1 of

Order No. 8090233 LAX FIL

**EXHIBIT 3**

## PROOF OF SERVICE

I, the undersigned, declare that I served the Notice(s) below indicated:

**Notice for Possession**

The above described Notice(s) were served on the following named parties in the manner set forth below:

NAME:     **ALL OTHER OCCUPANTS, C/O Adwoa Nyamekye**

ADDRESS:     **1114 S GRAMERCY Place, LOS ANGELES, CA 90019**

[   ] 1. PERSONAL SERVICE      By delivering a copy of the Notice(s) to each of the above personally:

                                                   (1) on:

                                                 (2) at:

[ X ] 2. CONSTRUCTIVE SERVICE      After due and diligent effort, by service of said Notice(s) as authorized by C.C.P. Section 1162 (2,3) on each of the above named parties in the manner set forth below:

    [ X ] By leaving a copy for each of the above named parties on 12/16/2009 at 8:45 PM with Lee Howard, CO RESIDENT, A black male approx. 55-65 years of age 6'0"-6'2" in height with black hair,

    [ X ] By posting a copy for each of the above named parties on 12/16/2009 at 8:45 PM in a conspicuous place on the property;

    [ X ] and thereafter mailing a copy to each said party by depositing said copies in the United States mail on (date): **December 16th, 2009**, from (city): **LOS ANGELES, CA**, in a sealed envelope with postage fully prepaid, addressed to each said party at their place where the property is situated or,

    [   ] a declaration of mailing is attached.

At the time of service, I was at least 18 years of age. I declare under penalty of perjury that the foregoing is true and correct.

**Person who served papers**

a. Name:                       L. Metoyer

b. Address:                **261 S. Figueroa Street, SUITE 280, LOS ANGELES, CA 90012**

c. Telephone number:      **213-621-9999**

d. The fee for service was:    $

e. I am:

    (1) [   ] not a registered California process server.

    (2) [   ] exempt from registration under Business and Professions Code section 22350(b).

    (3) [ X ] registered California process server:

        (i) [   ] owner   [   ] employee  [ X ] independent contractor

        (ii) [ X ] Registration No.:   **4378**

        (iii) [ X ] County:           **Los Angeles**

**BY FAX**

[ X ] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

[   ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date:  **12/17/2009**



_____
           **L. Metoyer**
    (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                                (SIGNATURE)

---



**PROOF OF SERVICE**

Page 1 of

Order No. 8090233 LAX FIL

```
| SUPERIOR COURT OF THE STATE OF CALIFORNIA    |   FOR COURT USE ONLY
| CENTRAL DISTRICT-COUNTY COURTHOUSE           |      F I L E D
| COUNTY OF LOS ANGELES                        |    SUPERIOR COURT
|_____|       3/10/10
|      PLAINTIFF    :WELLS FARGO BANK NA        |
|                         VS                    |
|    DEFENDANT      :NYAMEKYE, ADWOA            |   JOHN A. CLARKE, CLERK
|_____|_____
|     CLERK'S NOTICE OF ENTRY OF JUDGMENT       |     CASE NUMBER
|       AND NOTICE RE EXHIBITS/DEPOSITIONS      |      10U00860
|_____|_____
```

To the parties and their attorneys of record: You are hereby notified that the
attached copy of the judgment in the above entitled cause was entered on
 3/08/10. Further, Exhibits/Depositions, if any, will be disposed of at the
end of 60 days from expiration of appeal time.

                         JOHN A. CLARKE                        , Clerk

                 By: _____, Deputy
                     MILDRED     ATKINS-COLEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

                     CERTIFICATE OF SERVICE


I, the below named Executive Officer/Clerk of the above-entitled court,
do hereby certify that I am not a party to the cause herein, and
that on this date I served the Clerk's Notice of Entry of Judgment and Notice
RE Exhibits/Depositions upon each party or counsel named below by depositing
in the United States mail at the courthouse in LOS ANGELES_____  California,
one copy of the original filed/entered herein in a separate sealed envelope
to each address as shown below with the postage thereon fully prepaid.


                                    FOBI, EMMANUEL F.
  LAW OFFICES OF KENNETH A FREEDMAN  LAW OFFICE OF EMMANUEL F. FOBI
  4165 E THOUSAND OAKS BLVD STE 101  309 S. A STREET
  WESTLAKE VILLAGE CA 91362          OXNARD CA 93030


   Date:  3/10/10           JOHN A. CLARKE, EXECUTIVE OFFICER/CLERK

                       BY:_____Deputy Clerk
                          MILDRED     ATKINS-COLEY


                       EXHIBIT  D

```
┌─────────────────────────────────────────────────────┬──────────────────────┐
│ SUPERIOR COURT OF THE STATE OF CALIFORNIA            │ FOR COURT USE        │
│ CENTRAL DISTRICT-COUNTY COURTHOUSE                   │ ONLY                 │
│ COUNTY OF LOS ANGELES                                │                      │
├─────────────────────────────────────────────────────┤                      │
│    PLAINTIFF       : WELLS FARGO BANK NA             │                      │
│                       VS                             │                      │
│    DEFENDANT       : NYAMEKYE, ADWOA                 │                      │
├─────────────────────────────────────────────────────┼──────────────────────┤
│                                                      │ CASE NUMBER          │
│   JUDGMENT BY NON-JURY TRIAL                         │ 10U00860             │
│      JUDGMENT # 1 of  1                              │                      │
└─────────────────────────────────────────────────────┴──────────────────────┘
```

In Department  94,
Honorable WILLIAM D. DODSON , COMMISSIONER Presiding.

The court, after having considered the evidence,
found the amount of rent due the plaintiff(s) to be $      .00 , and
assessed the statutory damages for the unlawful detainer at $       .00
and ordered the following judgment: It is adjudged that on the complaint
plaintiff(s)
                    WELLS FARGO BANK NA
                    SUCCESSOR BY MERGER WITH WACHOVIA
                    MORTGAGE FSB (FORMERLY WORLD
                    SAVINGS BANK FSB)

recover from defendants
                    ADWOA NYAMEKYE
the restitution and possession of those premises situated in the County of
Los Angeles, State of California, and more particulary described as:
1114 S GRAMERCY PL, , LOS ANGELES, CA. 90019
and the sum of $      .00 and $       .00 attorney fees with costs as
provided by law and that the lease or agreement
under which the aforesaid property is held be, and the same is hereby
declared forfeited.

ON DEFENDANT'S MOTION TO TRANSFER AND CONSOLIDATE THIS ACTION WITH
BC432882, PLAINTIFF PRESENTED EVIDENCE OF FRAUD OR CONVERSION BY WELLS
FARGO OR ITS PREDECESSOR IN INTEREST, BUT THE EVIDENCE WAS NOT
DOCUMENTED, AND WAS SO WEAK AS NOT TO BE CREDIBLE. THERE WAS AN
INSUFFICIENT SHOWING TO CONCLUDE THIS CASE SHOULD BE TRANSFERRED UNDER
THE LAW CITED BY DEFENDANT. THE MOTION IS DENIED. DEFENDANT DID NOT
PROVE A DEFENSE TO THIS UNLAWFUL DETAINER. PLAINTIFF DID PROVE ITS
CASE.
//
POSSESSION ONLY AS TO ALL UNNAMED TENANTS, OCCUPANTS, AND SUBTENANTS,
NAMED CLAIMANTS, AND OTHER OCCUPANTS OF THE PREMISES, PURSUANT TO CCP
415.46.

Any credit or accrued cost on one judgment in this case shall apply
to all judgments in this case.

PAGE 1

```
| SUPERIOR COURT OF THE   ATE OF CALIFORNIA            |  FOR COURT USE  |
| CENTRAL DISTRICT-COUNTY COURTHOUSE                   |      ONLY       |
| COUNTY OF LOS ANGELES                                |                 |
|-----------------------------------------------------|                 |
|    PLAINTIFF        : WELLS FARGO BANK NA            |                 |
|                            VS                       |                 |
|    DEFENDANT        : NYAMEKYE, ADWOA                |                 |
|-----------------------------------------------------|-----------------|
|                                                     |  CASE NUMBER    |
|  JUDGMENT BY NON-JURY TRIAL                          |   10U00860      |
|____JUDGMENT # 1  of  1 _____|_____|
```

_____ Deputy Clerk
              MILDRED       ATKINS-COLEY

        FILED AND ENTERED
             ON   3/08/10
         JOHN A. CLARKE
      CLERK OF THE ABOVE NAMED COURT

  By: MILDRED        ATKINS-COLEY   , Deputy


PAGE 2

| | | EJ-130 |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | | FOR COURT USE ONLY |

KENNETH A. FREEDMAN, ESQ. (SBN 61174)
4165 E. THOUSAND OAKS BLVD., SUITE 101
WESTLAKE VILLAGE, CA 91362

TELEPHONE NO: 805-777-3822    FAX NO. (Optional): 805-777-3827
E-MAIL ADDRESS (Optional): kaflaw@gmail.com
ATTORNEY FOR (Name): Plaintiff
[✓] ATTORNEY FOR    [✓] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Los Angeles
STREET ADDRESS: 111 N. Hill St.
MAILING ADDRESS: Los Angeles, CA 90012
CITY AND ZIP CODE: Central District
BRANCH NAME:

PLAINTIFF: Wells Fargo Bank NA

DEFENDANT: Nyamekye

| **WRIT OF** | [ ] EXECUTION (Money Judgment) | CASE NUMBER: |
|---|---|---|
| | [✓] POSSESSION OF [ ] Personal Property [✓] Real Property | 10U00860 |
| | [ ] SALE | |

1. **To the Sheriff or Marshal of the County of:** Los Angeles
   You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. **To any registered process server:** You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.

3. *(Name):* Wells Fargo Bank NA Successor by Merger with Wachovia Mortgage FSB (formerly World Savings Bank FSB)
   is the [✓] judgment creditor [ ] assignee of record   whose address is shown on this form above the court's name.

4. **Judgment debtor** *(name and last known address):*

   ┌─────────────────────────────┐
   Adwoa Nyamekye
   1114 S. Gramercy Pl.
   Los Angeles, CA 90019
   └─────────────────────────────┘

   [ ] Additional judgment debtors on next page

5. **Judgment entered on** *(date):* 3/8/10
   3/10/10

6. [ ] **Judgment renewed on** *(dates):*

7. **Notice of sale** under this writ
   a. [✓] has not been requested.
   b. [ ] has been requested *(see next page).*

8. [ ] Joint debtor information on next page.

[SEAL]

9. [✓] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment .................... $
12. Costs after judgment (per filed order or memo CCP 685.090) ........... $
13. Subtotal *(add 11 and 12)* ........ $
14. Credits ........................... $
15. Subtotal *(subtract 14 from 13)* ... $
16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees)... $
17. Fee for issuance of writ ........... $ 25.00
18. **Total** *(add 15, 16, and 17)* ..... $ 25.00
19. Levying officer:
    (a) Add daily interest from date of writ *(at the legal rate on 15)* (not on GC 6103.5 fees) of. ............. $
    (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68511.3, CCP 699.520(i)) ................. $
20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

John A. Clarke

Issued on *(date):* APR 1 6 2010   Clerk, by _____, Deputy
IRENE CHAN

NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.

**EXHIBIT** E

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2006]

WRIT OF EXECUTION

Code of Civil Procedure, §§ 699.520, 712.010,
Government Code, § 6103.5
www.courtinfo.ca.gov

| | | EJ-130 |
|---|---|---|
| PLAINTIFF: Wells Fargo Bank NA | CASE NUMBER | |
| DEFENDANT: Nyamekye | 10U00860 | |

— Items continued from page 1—

21. ☐ **Additional judgment debtor** *(name and last known address):*

22. ☐ **Notice of sale** has been requested by *(name and address):*

23. ☐ **Joint debtor** was declared bound by the judgment (CCP 989–994)
   a. on *(date):*
   b. name and address of joint debtor:

   a. on *(date):*
   b. name and address of joint debtor:

   c. ☐ additional costs against certain joint debtors *(itemize):*

24. ☑ *(Writ of Possession or Writ of Sale)* **Judgment** was entered for the following:
   a. ☑ Possession of real property: The complaint was filed on *(date):* 1/21/10
      **(Check (1) or (2)):**
      (1) ☑ The Prejudgment Claim of Right to Possession was served in compliance with CCP 415.46.
            The judgment includes all tenants, subtenants, named claimants, and other occupants of the premises.
      (2) ☐ The Prejudgment Claim of Right to Possession was NOT served in compliance with CCP 415.46.
            (a) $            was the daily rental value on the date the complaint was filed.
            (b) The court will hear objections to enforcement of the judgment under CCP 1174.3 on the following
                dates *(specify):*
   b. ☐ Possession of personal property.
      ☐ If delivery cannot be had, then for the value *(itemize in 9e)* specified in the judgment or supplemental order.
   c. ☐ Sale of personal property.
   d. ☐ Sale of real property.
   e. Description of property:
      1114 S. Gramercy Pl., Los Angeles, CA 90019

---

**NOTICE TO PERSON SERVED**

WRIT OF EXECUTION OR SALE. Your rights and duties are indicated on the accompanying *Notice of Levy* (Form EJ-150).
WRIT OF POSSESSION OF PERSONAL PROPERTY. If the levying officer is not able to take custody of the property, the levying
officer will make a demand upon you for the property. If custody is not obtained following demand, the judgment may be enforced
as a money judgment for the value of the property specified in the judgment or in a supplemental order.
WRIT OF POSSESSION OF REAL PROPERTY. If the premises are not vacated within five days after the date of service on the
occupant or, if service is by posting, within five days after service on you, the levying officer will remove the occupants from the real
property and place the judgment creditor in possession of the property. Except for a mobile home, personal property remaining on
the premises will be sold or otherwise disposed of in accordance with CCP 1174 unless you or the owner of the property pays the
judgment creditor the reasonable cost of storage and takes possession of the personal property not later than 15 days after the
time the judgment creditor takes possession of the premises.
   ► A *Claim of Right to Possession* form accompanies this writ (unless the Summons was served in compliance with CCP 415.46)

EJ-130 [Rev. January 1, 2006]                    **WRIT OF EXECUTION**                         Page 2 of 2

Motion for Relief from Stay (Unlawful Detainer) - *Page 9 of 10*    **F 4001-1M.UD**

| In re<br>ADWOA NYAMEKYE          (SHORT TITLE)<br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NO. 2:10-bk027592-RN |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 4165 E. Thousand Oaks Blvd., Suite 101, Westlake Village, CA 91362

A true and correct copy of the foregoing document described as _Notice of Motion and Motion for Relief from the Automatic Stay Under !! USC Sec. 362 (with supporting declarations) and proposed Order granting motion for relief from stay_ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _5/12/10_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed FedEx envelope and deposited it in a FedEx drop box for delivery/the following business morning addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/12/10 | BEVERLY ADELMAN | Beverly Adelman |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California D

*December 2009*                                                   **4001-1M.UD**

**SERVICE LIST**

*Debtor Pro Se*
Adwoa Nyamekye
1114 S. Gramercy Pl.
Los Angeles, CA 90019

*Petitioning Creditor*
Brookhaven Contruction
5527 New Peachtree Dr.
Atlanta, GA 30341

*Petitioning Creditor*
Keystone Contruction
1919 Delano Dr. N.E
Atlanta, GA 30317

*U.S. Trustee*
United States Trustee
725 S. Figueroa St., 26th Fl.
Los Angeles, CA 90017